JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN DAVIS,<br>        Petitioner,<br>v.<br>ROBERT NEUSCHMID,<br>        Respondent. | Case No. CV 19-04136 AG (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: May 24, 2019

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE